# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF ILLINOIS, | )<br>)<br>) |
| *Plaintiff,* | ) Case No. 11-CV-5569 |
| v. | )<br>) |
| PAT QUINN, in his official capacity as Governor of the State of Illinois, and WILLIAM M. McGUFFAGE, JUDITH C. RICE, BRYAN A. SCHNEIDER, CHARLES W. SCHOLZ, JESSE R. SMART, HAROLD D. BYERS, ERNEST C. GOWEN AND BETTY J. COFFRIN in their Official capacities as Members of the Illinois State Board of Elections, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| *Defendants.* | )<br>) |

## NOTICE OF APPEAL

**TO:** Richard J. Prendergast  
     Michael T. Layden  
     Special Asst. Attorneys General  
     Richard J. Prendergast, Ltd.  
     111 W. Washington St., Suite 1100  
     Chicago, IL 60602

Brent D. Stratton  
Chief Deputy Attorney General  
Office of the Illinois Attorney General  
100 W. Randolph 12th Floor  
Chicago, IL 60601

David W. Ellis  
Special Asst. Attorney General  
402 State House  
Springfield, IL 62706

Eric M. Madiar  
Special Asst. Attorney General  
605 State House  
Springfield, IL 62706

Michael J. Kasper  
Special Asst. Attorney General  
222 N. LaSalle St., Suite 300  
Chicago, IL 60601

**NOTICE IS HEREBY GIVEN** that, pursuant to 28 U.S.C. § 1253, Plaintiff League of Women Voters of Illinois hereby appeals to the United States Supreme Court from this Court's Memorandum Opinion and Order filed and entered on October 28, 2011, granting Defendants' motion to dismiss Plaintiff's Amended Complaint, and from this Court's Minute Order entered on November 16, 2011, denying the Plaintiff's motion under Fed. R. Civ. P. 59(e) to alter or amend the judgment.

**Dated:** **November 28, 2011**  **By:** /s/ Thomas Geoghegan

One of plaintiffs' attorneys

Thomas H. Geoghegan
Michael P. Persoon
Sean Morales-Doyle
Despres, Schwartz & Geoghegan Ltd.
77 West Washington St., Ste. 711
Chicago, IL 60602
Ph: (312) 372-2511
Fax: (312) 372-7391

## **CERTIFICATE OF SERVICE**

I, Thomas Geoghegan, hereby certify that on this 28th day of November, 2011, the foregoing **NOTICE OF APPEAL** was forwarded and served to all counsel of record via electronic filing pursuant to Local Rule 5.9, Electronic Filing.

/s/ Thomas Geoghegan

Thomas H. Geoghegan
Michael P. Persoon
Sean Morales-Doyle
Despres, Schwartz & Geoghegan, Ltd.
77 W. Washington, Suite 711
Chicago, IL 60602
Ph: (312) 372-2511
Fax: (312) 372-739